UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PAMELA KOUSSA,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEN E. THOMAS, et al.,<br><br>    Defendants. | Case No. 18-cv-05549-RMI<br><br>**ORDER**<br><br>Re: Dkt. No. 21 |

Pursuant to the Joint Stipulation for Dismissal (dkt. 21), filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ORDERED that this action be, and hereby is, DISMISSED with prejudice as to all claims, causes of action, and parties. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 4, 2019

ROBERT M. ILLMAN
United States Magistrate Judge